# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 19-1417

**Caption [use short title]:** Eidem v. Eidem

**Motion for:** Stay of Judgement Pending Appeal

**Set forth below precise, complete statement of relief sought:**

"I would like to request that this Court stay pending appeal the District's Court's April 29, 2019 Order granting Petitioner's - Appellee's Petition.

*[Stamp: RECEIVED 2019 JUN -6 AM 9:09 CLERK'S OFFICE U.S. COURT OF APPEALS COUNTER 1]*

**MOVING PARTY:** Dana Marie Eidem     **OPPOSING PARTY:** Per Magne Eidem

- [ ] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

**MOVING ATTORNEY:** _____     **OPPOSING ATTORNEY:** Elliot Gourvitz

[name of attorney, with firm, address, phone number and e-mail]

Dana Marie Eidem                    Gourvitz + Gourvitz LLC
435 W 31st Street Apt. 27F          Suite 102, 505 Morris Avenue
New York, NY 10001                  Springfield, NJ 07081

**Court- Judge/ Agency appealed from:** Richard J. Sullivan, SDNY (NYC)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[x] Yes  [ ] No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [x] No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [x] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [x] Don't Know

Is oral argument on motion requested?  [ ] Yes  [x] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [x] No  If yes, enter date: _____

**Signature of Moving Attorney:**
Dana M. Eidem    Date: 06/06/19    Service by: [ ] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

United States Court of Appeals for The Second Circuit

Thurgood Marshall U.S. Courthouse

40 Foley Square

New York, NY 10007



**RE: Eidem v. Eidem**
**Docket No.: 19-1417**

**June 5th. 2019**

**Letter Motion for Stay of Judgement Pending Appeal**

I submit his letter to request that this Court stay pending appeal the District's Court's April 29, 2019 Order granting Petitioner's – Appellee's Petition for the following reasons;

1. **A Denial of the Stay Will Cause Irreparable Harm**

    Both my children, T.E. age 10 and N.E. age 8, both have severe psychiatric, development and medical conditions that will cause them irreparable harm if they are returned to Norway while my appeal is pending.

    T.E. suffers from severe Hirschsprung's disease, which requires him receiving daily anal irrigations and weekly follow ups with his G.I. surgeon, Dr. Fisher. Despite having multiply surgeries, T.E.'s G.I. tract is still not working properly and if he is not receiving his daily irrigations and keeping his weekly follow ups, he is at risk of developing enterocolitis, which can become fatal. In Norway there are only 2 hospitals that can treat Hirschsprung's disease, both far away from where Petitioner – Appellee lives. One is located in Oslo, which is 8 hours away, and then the other is in Trondheim which is 4 hours away. Petitioner – Appellee has made multiple statements to the Court claiming that he has plans on moving to Trondheim, but he has not once provided the Court with any proof of that. Here in NYC T.E. is being treated at NYU Langone, and from experience, in case of an emergency EMS will be able to transport T.E. to NYU in just minutes.

    Both boys suffer from severe psychiatric conditions: ADHD, depression, general anxiety disorder, separation anxiety, trauma, disruptive mood disorder, sensory processing disorder, trichotillomania and learning disorders. Their mental health is so fragile that removing them from all their mental health providers, which they have formed trustful relationships with, would without a doubt ruin the progress they've made and cause them to relapse.

    Due to their psychiatric and learning disorders, they are not able to attend regular public schools even with an IEP in place. T.E. is currently attending the Greenburgh Graham School out in Westchester county. The school is for children with mental health, behavioral and learning disorders. Although N.E. has been attending P.S. 33 this year, he has been doing so poorly that I've had to make the decision to have his therapist refer him to Bellevue Hospital's Partial Hospitalization

Program which is a day program for children's whose mental health is severely disrupting the child's capability of living. Children who attend this program recieve intense therapy on a daily basis as well as schooling. We have a screening interview with at Bellevue Hospital on Monday June 11th. If accepted into the program, he will have to attend the program anywhere from 4 -8 weeks before being transferred to a similar school setting as T.E. is currently attending. From my knowledge, Norway does not have similar programs and schools, and Petitioner – Appellee has not provided the Court with any proof contradicting my knowledge.

Both boys see their therapists on a weekly basis and their psychiatrist on a monthly basis. On top of that T.E. is enrolled in the Waiver Program at Mount Sinai St. Luke's. They provide in home-based services, and he receives weekly home-based therapy sessions and respite services. And once again, Petitioner – Appellee has not provided the Court with any proof that there are similar services to the Waiver program in Norway.

Both T.E. and N.E. have been hospitalized due to their psychiatric conditions. T.E. for suicidal and homicidal tendencies. N.E. for extreme violent behavior. T.E. is currently threatening to harm himself if he is returned to Norway. They can not deal with stress and uncertainty.

Petitioner – Appellee has issues with his anger and has for years committed domestic violence towards me, both verbally and physically. The children have also witnessed those acts of violence. Petitioner – Appellee also has an alcohol and drug addiction. No child should be exposed to such a toxic and harmful environment. Both Petitioner – Appellee and his legal team keep claiming that I'm using my children as "pawns' so I can stay in the U.S. That is far from the truth. I'm a U.S. citizen who was born here and I don't need to use anyone as pawns to stay in this country.

I suffer from PTSD from growing up in a very abusive household and then later on ending up in in an abusive marriage. Even if I wanted to, I wouldn't be able to go back to Norway because all my triggers are there; my family, Petitioner – Appellee, his family, the environment etc. Just as a soldier with PTSD can't return to a war zone, I can't return to a place where I have experienced so much trauma because it would destroy me. After moving back to the U.S. I have experienced a peace of mind that I never knew I ever would. I still have my ups and downs, but I'm in therapy and making progress. I wouldn't be able to be a good parent to my children if I were under the amount of distress that going back to Norway would cause me.

My children's health and lives are at stake here, and as a parent it is my responsibility to make sure they are safe and out of harm's way.

2. **The Children's Habitual Residence Has Shifted**

   Although both children were born in Norway, their habitual residence has shifted to the U.S. Both boys, especially N.E. have very vague memories of Norway. They both forgot the Norwegian language and have adapted fully to the English language. They have adapted to and are completely comfortable with the American culture. This is where they go to school, this is where their friends and their entire support system is. Removing them from their home, from the one place they feel safe will severely hurt them.

3. **The Appeal is Expedited**

   On May 28th 2019 the United States Court of Appeals for the Second Circuit ordered that the appeal is expedited stating that my reply brief is due by August 20th 2019, meaning that the judgement for the appeal will most likely be decided late August. The District Court ordered that the children had to be returned to Norway no later than June 29th 2019. If the District's Courts' order is to be reversed in the Appeal's Court that means that the children would have to return back to the U.S. approximately

2 months later. Shuttling the children back and forth like that would only cause more harm to their already fragile mental health.

In this case it is more important to consider that the children would be more harmed if they have to be shuttled back and forth than if Petitioner – Appellee has to wait an additional 2 more months.

Respectfully submitted,

*Dana M. Eidem*

Dana Marie Eidem

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand and nineteen.

Per Magne Eidem,

    Petitioner - Appellee,

**ORDER**

Docket No. 19-1417

v.

Dana Marie Eidem,

    Respondent - Appellant.

    Respondent–Appellant appeals the decision of the district court in an action brought pursuant to the Hague Convention on the Civil Aspects of International Child Abduction. "[C]ourts can and should take steps to decide these cases as expeditiously as possible." *Chafin v. Chafin*, 133 S. Ct. 1017, 1027 (2013). Upon consideration thereof,

    IT IS HEREBY ORDERED that the appeal is expedited. Appellant's principal brief is due by July 2, 2019. Appellee's principal brief is due by August 6, 2019. Appellants reply brief, if any, is due by August 20, 2019.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Per Magne Eidem

v.

Dana Marie Eidem

**CERTIFICATE OF SERVICE***

Docket Number: 19-1417

I, Dana Marie Eidem, hereby certify under penalty of perjury that
(print name)
on 06/05/2019, I served a copy of Oral Argument Statement and Letter motion for Stay of Judgement Pending Appeal
(date) (list all documents)

by (select all applicable)**

___ Personal Delivery   ✓ United States Mail   ___ Federal Express or other Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Elliot Gourvitz | Suite 102, 505 Morris Avenue | Springfield | NJ | 07081 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

06/05/2019
Today's Date

Dana Marie Eidem
Signature

Certificate of Service Form (Last Revised 12/2015)

[RECEIVED 2019 JUN 5 AM 10:4_ U.S. COURT OF APPEALS stamp]